# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC GRIFFIN,** | : | |
|     **Plaintiff,** | : | CIVIL ACTION NO. 3:16-2412 |
|     v. | : | (JUDGE MANNION) |
| **DON E. BOWER, INC.,** | : | |
|     **Defendant.** | : | |

## ORDER

In light of the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion to strike, (Doc. 9), is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The plaintiff's motion, (Doc. 9), is granted with respect to the fifth, sixth, seventh, eight, ninth, tenth, eleventh, twelfth, thirteenth, fifteenth, seventeenth, eighteenth, nineteenth, and twentieth affirmative defenses listed in the defendant's answer, (Doc. 5), to the plaintiff's complaint, (Doc. 1);

(2) The fifth, sixth, seventh, eight, ninth, tenth, eleventh, twelfth, thirteenth, fifteenth, seventeenth, eighteenth, nineteenth, and twentieth affirmative defenses listed in the defendant's answer, (Doc. 5), are **STRICKEN** as redundant and/or legally deficient;

(3) The plaintiff's motion, (Doc. 9), is **GRANTED IN PART** and **DENIED IN PART** with respect to the sixteenth affirmative defense listed in the defendant's answer, (Doc. 5), to the plaintiff's complaint, (Doc. 1);

(4) The portion of the defendant's sixteenth affirmative defenses alleging that the plaintiff was fired due to a lack of work will stand and the plaintiff's motion is **DENIED** to the extent it seeks to strike this allegation as an affirmative defense; and

(5) The remaining portion of the defendant's sixteenth affirmative defense is **STRICKEN** and the plaintiff's motion is **GRANTED** in this respect.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2412-01 Order.wpd